CITY OF ALLENTOWN, Petitioner

v.

PENNSYLVANIA OFFICE OF OPEN
RECORDS (Denis V. BRENAN),
Respondents.

Supreme Court of Pennsylvania.

Jan. 29, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 29th day of January 2013, the Petition for Allowance of Appeal is **DENIED.**

The Application for Leave to File Post–Submission Communication is also **DENIED**.